

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2023

No. 04-22-00371-CV

Jeanine **BELL** and Sheila Petsch,
Appellants

v.

Darrell **PETSCH**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16468
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellee's brief is currently due on February 6, 2023. On February 3, 2023, appellees filed a second unopposed motion requesting a thirty-day extension of time to file the brief. After consideration, we GRANT the motion and ORDER appellee to file appellee's brief by March 8, 2023. Further requests for extension of time for this filing will be disfavored absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court